Same case below, 641 F.3d 339.

No. 11-246. Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians, Petitioner v. David Patchak, et al.

No. 11-247. Ken L. Salazar, Secretary of the Interior, et al., Petitioners v. David Patchak, et al.

565 U.S. 1092, 132 S. Ct. 845, 181 L. Ed. 2d 548, 2011 U.S. LEXIS 8987.

December 12, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.

Same cases below, 394 U.S. App. D.C. 138, 632 F.3d 702.

No. 11-6781. Brett Arthur Anderson, Petitioner v. Mark Lund, Superintendent, Clarinda Correctional Facility.

565 U.S. 1096, 132 S. Ct. 849, 181 L. Ed. 2d 548, 2011 U.S. LEXIS 8945.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-1267. Ronald Jay McFadden, Petitioner v. Alabama.

565 U.S. 1092, 132 S. Ct. 843, 181 L. Ed. 2d 548, 2011 U.S. LEXIS 8926.

December 12, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 67 So. 3d 169.

No. 10-10525. Joel Castillo-Perales, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.

565 U.S. 1092, 132 S. Ct. 843, 181 L. Ed. 2d 548, 2011 U.S. LEXIS 8975.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 411 Fed. Appx. 695.

No. 10-10813. John C. Hotaling, Petitioner v. United States.

565 U.S. 1092, 132 S. Ct. 843, 181 L. Ed. 2d 548, 2011 U.S. LEXIS 8924.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 634 F.3d 725.

No. 10-11172. Skilar Whittney Butler, Petitioner v. United States.

565 U.S. 1092, 132 S. Ct. 844, 181 L. Ed. 2d 548, 2011 U.S. LEXIS 8996.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 637 F.3d 519.